1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | |
|---|---|
| STANLEY DOUGLAS McDOWALL,     ) | 1:09-cv-00540 YNP [DLB] (HC) |
|                 ) | |
|         Petitioner,     ) | |
|                 ) | ORDER REQUIRING PETITIONER TO |
|     v.                 ) | SUBMIT SIGNED DECLARATION |
|                 ) | |
| FRANCISCO JACQUES, Warden, et al.,   ) | |
|                 ) | |
|         Respondents.    ) | |

)

19          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20    pursuant to 28 U.S.C. § 2254.

21          Upon a close examination of the petition submitted to the Court, the Court has discovered

22    that the petition does not contain an original signature.  Local Rule 7-131 requires a document

23    submitted to the Court for filing to include an original signature.  In addition, Rule 2 of the Rules

24    Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under

25    penalty of perjury by the petitioner."

26          In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is

27    ORDERED to submit a document stating that he submitted the instant petition to the Court and sign

28    it under penalty of perjury.   The document should contain an original signature.  Petitioner is

1  GRANTED twenty (20) days from the date of service of this order to comply with the Court's

2  directive.

3    Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the

4  petition pursuant to Local Rule 11-110.

5    IT IS SO ORDERED.

6   **Dated:**  **November 9, 2009**      **/s/ Dennis L. Beck**
                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28